1
2
3
4
5
6

7          KING COUNTY SUPERIOR COURT FOR THE STATE OF WASHINGTON

8  MARGEAUX GREEN, an individual,

9                     Plaintiff,                    No.

10              vs.                                  SUMMONS

11
   CITY OF SEATTLE, a Washington municipal
12 corporation, BALLARD TERMINAL
   RAILROAD COMPANY, LLC, a Washington
13 corporation,

14                     Defendant.

15

16         THE STATE OF WASHINGTON TO: CITY OF SEATTLE.

17         A lawsuit has been started against you in the above-entitled Court by Plaintiff Margeaux

18 Green.  Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you
19
   with this summons.
20
           In order to defend against this lawsuit, you must respond to the Complaint by stating your
21
22 defense in writing, and serve a copy upon the undersigned attorney for the plaintiff within 20

23 days after the service of this summons if served upon you within the State of Washington, or 60

24 days if served upon you outside the State of Washington, including the day of service, or a

25

   SUMMONS - 1                                          MYERS & COMPANY, P.L.L.C.
                                              1530 EASTLAKE AVENUE EAST    304 WEST PACIFIC AVENUE, #210
                                              SEATTLE, WASHINGTON 98102    SPOKANE, WASHINGTON 99201
                                              TELEPHONE (206) 398-1188     TELEPHONE (509) 398-8466

default judgment may be entered against you without notice.  A default judgment is one where plaintiff is entitled to what she asks for because you have not responded.  If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff files this lawsuit with the Court.  If you do so, the demand must be in writing and must be served upon the undersigned attorney for the plaintiff at the address below stated.  Within 14 days after you serve the demand, the plaintiffs must file this lawsuit with the Court, or the service on you of this summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 1st day of March, 2022.

MYERS & COMPANY, P.L.L.C.

Attorneys for Plaintiff

By: _____
Michael David Myers
WSBA No. 22486
Samantha Lin
WSBA No. 50782

SUMMONS - 2

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST         304 WEST PACIFIC AVENUE, #210
SEATTLE, WASHINGTON 98102         SPOKANE, WASHINGTON 99201
TELEPHONE (206) 398-1188          TELEPHONE (509) 398-8466

KING COUNTY SUPERIOR COURT FOR THE STATE OF WASHINGTON

| | |
|---|---|
| MARGEAUX GREEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, a Washington municipal corporation, BALLARD TERMINAL RAILROAD COMPANY, LLC, a Washington corporation,<br><br>Defendant. | No.<br><br>COMPLAINT FOR DAMAGES |

COMES NOW the plaintiff herein, Margeaux Green, by and through her undersigned attorneys of record, MYERS & COMPANY, P.L.L.C., and alleges and asserts as follows:

## I.    PARTIES

1.1    Plaintiff Margeaux Green is an individual residing in Washington State.

1.2    The City of Seattle is a Washington municipal corporation located in King County.

1.3    Ballard Terminal Railroad Company is a Washington corporation.

## II.    JURISDICTION AND VENUE

2.1    The acts and omissions alleged herein occurred in King County, Washington.

COMPLAINT FOR DAMAGES - 1

2.2     Jurisdiction and venue are proper in the King County Superior Court.

### III.     FACTS

3.1     On May 20, 2020 Ms. Green was riding her bicycle west on Shilshole Avenue in the marked bicycle lane.

3.2     The marked bicycle lane on Shilshole Avenue intersects with a railroad track near the Ballard Bridge underpass.

3.3     As Ms. Green attempted to cross the railroad track her bicycle tire became lodged in the railroad track and she was ejected from her bicycle.

3.4     The marked bicycle lane on Shilshole Avenue is owned and/or maintained by the City of Seattle.

3.5     The railroad track which intersects with the marked bicycle lane on Shilshole Avenue is owned and/or maintained by Ballard Terminal Railroad Company.

3.6     As a result of the collision Ms. Green suffered personal injuries, economic damages and non-economic damages in an amount to be proven at trial.

### IV.     CAUSE OF ACTION - NEGLIGENCE

4.1     Ms. Green realleges all prior allegations as though fully stated herein.

4.2     Defendants owed Ms. Green a duty to maintain the location where the collision occurred in a reasonably safe condition.

4.3     The configuration of the marked bicycle lane on Shilshole Avenue and the railroad track which intersects it constituted an unreasonably safe condition.

4.4     Defendants breached their duty of care to Ms. Green.

4.5     As a result of defendants' negligence Ms. Green suffered personal injuries, economic damages and non-economic damages in an amount to be proven at trial.

COMPLAINT FOR DAMAGES - 2

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST          304 WEST PACIFIC AVENUE, #210
SEATTLE, WASHINGTON 98102          SPOKANE, WASHINGTON 99201
TELEPHONE (206) 398-1188           TELEPHONE (509) 398-8466

## V. PRAYER FOR RELIEF

WHEREFORE having fully set forth her claims against defendants, Ms. Green prays for relief as follows:

A. For monetary judgment in an amount sufficient to compensate her for the damages she sustained as a result of the described collision;

B. For prejudgment interest on all liquidated amounts as allowed by law;

C. For his reasonable costs and attorneys' fees incurred herein, pursuant to all applicable statutory, common law, and equitable theories; and

D. For such other and further relief as the Court deems just and equitable.

DATED this 1st day of March, 2022.

        MYERS & COMPANY, P.L.L.C.

        Attorneys for Plaintiff

        By: _____
            Michael David Myers
            WSBA No. 22486
            Samantha Lin
            WSBA No. 50782

COMPLAINT FOR DAMAGES - 3

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST    304 WEST PACIFIC AVENUE, #210
SEATTLE, WASHINGTON 98102    SPOKANE, WASHINGTON 99201
TELEPHONE (206) 398-1188    TELEPHONE (509) 398-8466