HON. JUDGE LAUREN KING

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGEAUX GREEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, a Washington municipal corporation; BALLARD TERMINAL RAILROAD COMPANY, LLC, a Washington limited liability company,<br><br>Defendants. | No. 2:22-CV-00350-LK<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY RE: PLAINTIFF'S MOTION FOR REMAND**<br><br>[ECF No. 11]<br><br>[Noted for May 6, 2022, Without Oral Argument] |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Ballard Terminal Railroad Company, LLC, submits this Notice of Supplemental Authority to inform this Court of the outcome of City of Seattle v. Ballard Terminal Railroad Co., LLC., from Division I of the Washington Court of Appeals, slip opinion dated May 16, 2022 (published).

Submitted this 18th day of May, 2022,

**KSB LITIGATION, P.S.**

By:   /s/ WILLIAM C. SCHROEDER
William C. Schroeder, WSBA No. 41986
510 West Riverside Ave., 3rd Floor
Spokane, Washington, 99201
wcs@KSBLit.legal
Attorneys for Defendants City of Seattle and Ballard Railroad Company, LLC